UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT

2022 JUL 13 P 2: 35

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 1951 |
| | ) | Interference with Commerce by |
| JACOB BRAGG | ) | Robbery, Conspiracy |
| | ) | |
| | ) | 18 U.S.C. § 924(o) |
| | ) | Conspiracy to Possess a Firearm in |
| | ) | Furtherance of a Crime of Violence |
| | ) | |
| | ) | 18 U.S.C. § 924(c) |
| | ) | Possession of a Firearm in |
| | ) | Furtherance of a Crime of Violence |

CR 422 - 098

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the

maximum penalties for the offenses charged in the Indictment are as follows:

Counts 1, 2
3, 5, 7, 9:

**Conspiracy to Interfere with Commerce by Robbery**
**Interference with Commerce by Robbery**
18 U.S.C. § 1951(a)
**Conspiracy to Possess a Firearm in Furtherance of a**
**Crime of Violence**
18 U.S.C. § 924(o)

- Not more than twenty (20) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years of supervised release
- $100 special assessment

**Counts 4, 6, 8 10:**    **Possession of a Firearm in Furtherance of a Crime of Violence**
18 U.S.C. § 924(c)

- Not less than five years of imprisonment consecutive to any other sentence of imprisonment, but not more than life imprisonment
- Not more than a $250,000 fine
- Not more than five years of supervised release
- $100 special assessment

If a firearm was brandished:
- Not less than seven years of imprisonment consecutive to any other sentence of imprisonment
- Not more than a $250,000 fine
- Not more than five years of supervised release
- $100 special assessment

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Chris Howard*

Chris Howard
Assistant United States Attorney