IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE#4:22CR98 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Jacob Bragg | ) | |

## ORDER GRANTING LEAVE OF ABSENCE

Counsel, JACK MORRIS DOWNIE, having filed his Motion for Leave of Absence and having served all parties thereto:

IT IS HEREBY ORDERED that said Motion for Leave of Absence for the following dates: August 10, 2022, August 16, 2022, August 18-September 1, 2022, September 20, 2022, October 18, 2022, November 15, 2022, December 19-23, 2022, January 17, 2023, February 21, 2023, and March 21, 2023 is **GRANTED.**

Signed this 29th day of July, 2022.

_Christopher L. Ray_
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia