**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| JACOB BRAGG, | |
| Petitioner, | CRIMINAL ACTION NO.: 4:22-cr-098 |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's April 3, 2026, Report and Recommendation, (doc. 58), to which Petitioner has not objected. The Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 58.) Bragg's 28 U.S.C. § 2255 Motion is **DISMISSED**. (Doc. 48.) The Government's unopposed Motion to Dismiss is **DISMISSED** as moot. (Doc. 55.) Civil action 4:24-cv-072 is **DISMISSED** in its entirety.

There are no discernable issues worthy of a certificate of appeal. Therefore, the Court **DENIES** the issuance of a Certificate of Appealability. Bragg is advised that he "may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22." Rule 11(a), Rules Governing Section 2255 Cases in the United States District Courts. Furthermore, as there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith. Thus, the Court likewise **DENIES** Bragg *in forma pauperis* status on

appeal.   The Court **DIRECTS** the Clerk of Court to **CLOSE** this case, civil action 4:24-cv-072, and enter the appropriate judgment of dismissal.

**SO ORDERED** this 29th day of May, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA